United States District Court
Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7          SAN JOSE DIVISION
8

9    MARTIN MALBERG,                          Case No.  5:22-cv-05027 NC

10                   Plaintiff,               **SUA  SPONTE  JUDICIAL
                                              REFERRAL  FOR PURPOSE  OF
11          v.                                DETERMINING  RELATIONSHIP**

12   SHARON NAGLE and others,

13                   Defendants.

14

15          In  accordance  with Civil Local Rule 3-12(c), IT IS HEREBY  ORDERED  that the

16   above captioned case is referred to the Honorable Edward J. Davila for consideration of

17   whether the case is related to 5:22-cv-01713 EJD, *Malberg v. McCracken, et al.*

18          **IT IS SO ORDERED.**

19

20   Dated:  September 6, 2022         _____

21                                     NATHANAEL  M.  COUSINS
                                       United States Magistrate Judge
22

23

24

25

26

27

28
     Case No. 22-cv-05027 NC
     SUA SPONTE JUDICIAL REFERRAL