UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MALBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLISON DUNDAS, et al.,<br><br>        Defendants. | Case No. 23-cv-01005-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward Davila for consideration of whether the case is related to 22-cv-1713, 22-cv-3613, 22-cv-3928, and/or 22-cv-5027.

**IT IS SO ORDERED.**

Dated: March 15, 2023

_____

SUSAN VAN KEULEN
United States Magistrate Judge